HOBSON V INDIAN HARBOR INSURANCE COMPANY, No. 151447; Court of Appeals No. 316714. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Total Pollution Exclusion Endorsement is ambiguous, and (2) whether there was a discharge, dispersal, seepage, migration, release, or escape of a pollutant that caused the plaintiffs' injuries. The parties should not submit mere restatements of their application papers.

BERNSTEIN, J., did not participate due to his prior relationship with The Sam Bernstein Law Firm.

PILGRIM'S REST BAPTIST CHURCH V PEARSON, No. 151680; reported below: 310 Mich App 318.

*Summary Disposition December 9, 2015:*

FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN V HOLSTINE, No. 150624; Court of Appeals No. 314652. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals judgment analyzing the coverage issue under the subject policy's Property Coverage section. That section of the policy was irrelevant to the issue of liability coverage in this case. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.